1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **SHIRLEY BIFARELLA**           )    Case No. 13-341 EFB
                                   )
12                                 )
                                   )
13                                 )    **STIPULATION AND** ~~**PROPOSED**~~
                                   )    **ORDER EXTENDING PLAINTIFF'S**
14       **Plaintiff,**            )    **TIME TO FILE SUMMARY**
                                   )    **JUDGEMENT MOTION**
15 **v.**                          )
                                   )
16 **CAROLYN W. COLVIN, Acting**   )
   **Commissioner of Social Security** )
17 **of the United States of America,** )
                                   )
18       **Defendant.**            )
                                   )
19 _____  )

20
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file her summary judgment motion is hereby extended from August 26, 2013, to
22
   September 27, 2013, with defendant's response due October 27, 2013. This extension is required to
23
   accommodate counsel's briefing schedule and vacation.
24

25
   / / / /
26
   / / / /
27
   / / / /
28

                                                1

| | |
|---|---|
| Dated: August 26, 2013 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law <br><br> Attorney for Plaintiff |
| Dated: August 26, 2013 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ Ben A. Porter, <br> BEN A. PORTER <br><br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 27, 2013.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2