1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **SHIRLEY BIFARELLA**          )   Case No.  13-341 EFB
                                  )
12                                )
                                  )
13                                )   **STIPULATION AND** ~~**PROPOSED**~~
                                  )   **ORDER EXTENDING PLAINTIFF'S**
14         **Plaintiff,**         )   **TIME TO FILE SUMMARY**
                                  )   **JUDGEMENT MOTION**
15 **v.**                         )
                                  )
16 **MICHAEL J. ASTRUE**          )
   **Commissioner of Social Security** )
17 **of the United States of America,** )
                                  )
18         **Defendant.**         )
                                  )
19 _____ )

20
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file her summary judgment motion is hereby extended from September 27, 2013, to
22
   October 1, 2013, with defendant's response due October 31, 2013. This short extension is required due
23
   to an emergency dental appointment.
24

25
   / / / /
26
   / / / /
27
   / / / /
28

                                                    1

| | | |
|---|---|---|
| Dated: September 27, 2013 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |

Dated: September 27, 2013         Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ben A. Porter,
BEN A. PORTER

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  October 1, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2