1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIRLEY BIFARELLA** ) | Case No.  13-341 EFB |
| ) | |
| ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 27, 2013, to October 1, 2013, with defendant's response due October 31, 2013.  This short extension is required due to an emergency dental appointment.

/ / / /

/ / / /

/ / / /

1

Dated: September 27, 2013           */s/Bess M. Brewer*
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: September 27, 2013           Benjamin B. Wagner

                                    United States Attorney

                                    Donna L. Calvert
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Ben A. Porter,
                                     BEN A. PORTER

                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  October 1, 2013.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2